UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN C. JANSON,

       Plaintiff,                                    Case No. 1:08-cv-981

v                                                        HON. JANET T. NEFF

EGYPT VALLEY COUNTRY CLUB
*et al.*,

       Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that plaintiff's objections (Dkt 86) are DENIED, defendants' objections (Dkts 87-88) are DENIED in part and GRANTED in part, and the Report and Recommendation (Dkt 85) is APPROVED in part and REJECTED in part as the Opinion of the Court, for the reasons stated.

**IT IS FURTHER ORDERED** that defendants' Motion for Partial Dismissal and/or Partial Judgment on the Pleadings (Dkt 40) is GRANTED IN PART and DENIED IN PART, for the reasons stated. Specifically, plaintiff's Second Amended Complaint is DISMISSED with prejudice except for Count 4; and Count 5, as to defendant Phillip B. Todd only; which are allowed to proceed.

Date: June 10, 2010                                                 /s/ Janet T. Neff
                                                                              JANET T. NEFF
                                                                              United States District Judge